IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMOOTHAIR, INC., d/b/a Form-A-Funnel, Inc.<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 23-cv-7195<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Jeffrey Cummings** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the amended complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| Def No. | Defendant |
|---|---|
| #42 | YRAN RACING |
| #130 | autopartcenter1 |
| #137 | bangmart |
| #146 | chloe889 |
| #157 | factorylinepro |
| #170 | kittom |
| #210 | woerstore |
| #223 | zobby1 |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: November 21, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Brandon Beymer
　　　　　　　　　　　　　　　　　　　　　　Brandon Beymer (ARDC No. 6332454)
　　　　　　　　　　　　　　　　　　　　　　Daliah Saper (ARDC No. 6283932)
　　　　　　　　　　　　　　　　　　　　　　Saper Law Offices, LLC
　　　　　　　　　　　　　　　　　　　　　　505 N. LaSalle, Suite 60654

                                                                               CHICAGO, ILLINOIS 60654
                                                                               (312) 527-4100
                                                                               BRANDON@SAPERLAW.COM
                                                                               DS@SAPERLAW.COM

                                                                               ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will send an e-mail to the e-mail addresses provided for the relevant Defendant(s) by third parties.

                                                                               */s/ Brandon Beymer*
                                                                                Brandon Beymer