IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMOOTHAIR, INC., d/b/a Form-A-Funnel, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 23-cv-7195<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Jeffrey Cummings** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the amended complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| Def No. | Defendant |
|---|---|
| #30 | XIAXIADEDIAN |
| #34 | Uwitstar |
| #41 | Fuwanze |
| #44 | maggie Song |
| #45 | S Wisdom HF |
| #49 | Kasamina |
| #60 | Shenzhen Baibiao Technology Co., Ltd. |
| #63 | Gandreola |
| #68 | Qianyoyo |
| #77 | Breeze & Leaves |
| #85 | Skaja |
| #94 | Quiet Window |
| #106 | Snowdreamer |
| #107 | Garqifert |
| #109 | Belicious Helper |
| #123 | Quentin Hua |
| #139 | c2.zzy-1970 |
| #167 | heshi67 |
| #168 | heshi9988 |
| #238 | Jansbon auto supply |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: December 15, 2023

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. LaSalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100
brandon@saperlaw.com
ds@saperlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will send an e-mail to the e-mail addresses provided for the relevant Defendant(s) by third parties.

*/s/ Brandon Beymer*
Brandon Beymer